

# Fourth Court of Appeals
## San Antonio, Texas

November 20, 2019

No. 04-19-00741-CV

**IN RE** Leticia R. **BENAVIDES**

Original Mandamus Proceeding[1]

**ORDER**

On October 22, 2019, relator filed a petition for writ of mandamus. After considering the petition and the record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a).

It is so **ORDERED** on November 20, 2019.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of November, 2019.

_Michael A. Cruz_
Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2011PB000081L2, styled *In the Matter of the Guardianship of Carlos Benavides, Jr., an Incapacitated Person*, pending in the County Court at Law No. 1, Webb County, Texas, the Honorable Hugo Martinez presiding.